United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 24, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-51386
_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

                     v.

ROBBIE WOOSLEY

                    Defendant - Appellant

                    ----------------------
        Appeal from the United States District Court for the
                Western District of Texas, Austin
                    ----------------------

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[1]


     IT IS ORDERED that the Appellee's unopposed motion to vacate

the sentence is GRANTED.

          IT IS FURTHER ORDERED that the Appellee's unopposed

motion to remand the case to the United States District Court for

the Western District of Texas, Austin Division for resentencing

is GRANTED.

          IT IS FURTHER ORDERED that the Appellee's alternative

_____

[1]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5th Cir. R.
47.5.4.

1

unopposed motion for an extension of time to file the Appellee's brief fourteen (14) days from the Court's denial of the Appellee's motion to vacate and remand is DENIED AS MOOT.